CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

MICHAEL SINKOV (SBN: 75334)
msinkov@yahoo.com
KIL AND SINKOV
680 Wilshire Place, # 307
Los Angeles, California 90005
Telephone: (213) 385-1779
Facsimile: (213) 385-2308
Attorney for Defendants
Gilbert C. Rhee, Sungim K. Rhee and Daryoush Namiranian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>          Plaintiff,<br>v.<br><br>GILBERT C. RHEE, in individual and representative capacity as trustee of The Gilbert C. and Sungim K. Rhee Family Trust dated February 15, 1989;<br>SUNGIM K. RHEE, in individual and representative capacity as trustee of The Gilbert C. and Sungim K. Rhee Family Trust dated February 15, 1989;<br>DARYOUSH NAMIRANIAN; and Does 1-10,<br>          Defendants. | Case: 8:18-CV-00920-TJH-MRW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 16, 2018         CENTER FOR DISABILITY ACCESS


By: ___/s/ Phyl Grace_____
     Phyl Grace
     Attorneys for Plaintiff


Dated: Aug 2 2018              KIL AND SINKOV


By: _____
     Michael Sinkov
     Attorney for Defendants
     Gilbert C. Rhee, Sungim K. Rhee and
     Daryoush Namiranian